MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

ORIGINAL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
DORITH ROBINSON,                  :
                                  :
            Plaintiff,            :
                                  :
       - v. -                     :
                                  :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,                :   08 Civ. 6053 (NRB)
Commissioner of                   :
Social Security,                  :
                                  :
            Defendant.            :
                                  :
- - - - - - - - - - - - - - - - -x

   IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from September 2, 2008 to and including November 3, 2008.  The reason for the request

is that defendant's counsel has not yet been able to complete her review of the administrative record. No previous extension has been requested in this case.

Dated:  New York, New York
        August 13, 2008

                        OLIN & ANDERMAN, LLP
                        Attorneys for Plaintiff

By: [signature]
                        PAMELA THOMAS ESQ.
                        39 Broadway, Suite 1850
                        New York, New York 10006
                        Telephone No: (212) 267-1650

                        MICHAEL J. GARCIA
                        United States Attorney
                        Southern District of New York

By: [signature]
                        LESLIE A. RAMIREZ-FISHER
                        Assistant U.S. Attorney
                        86 Chambers Street, 3rd Floor
                        New York, New York   10007
                        Telephone No.: (212) 637-0378
                        Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED:

[signature]
UNITED STATES DISTRICT JUDGE
8/19/08